SALVATORE RE, Appellant, *v.* E. LEON DIAMOND et al., Respondents.

Argued May 21, 1937; decided June 8, 1937.

*Charles Berlin* for appellant.

*Avel B. Silverman* and *Herman Wiesenthal,* in person, for respondents.

Judgment affirmed, with costs; no opinion

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.